## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD SILVERMAN, DMD** | ) | **CIVIL ACTION** |
| Plaintiff | ) | |
| v. | ) | 2:13-cv-5112-JHS |
| | ) | |
| **UNUM LIFE INSURANCE COMPANY** | ) | |
| **OF AMERICA** | ) | |
| Defendant | ) | |

### STIPULATION RE: CAPTION AMENDMENT AND EXTENSION

On 9/4/13 both counsel hereby agree and stipulate to the following:

1. Unum Corporation and Unum Group Corporation are improperly named defendants. The correct Unum entity defendant, and the issuer of the disability policies at issue in this action, is Unum Life Insurance Company of America (formerly known as Unionmutual Stock Life Insurance Company of America).

2. Accordingly, Unum Corporation and Unum Group Corporation are hereby dropped from the caption and Unum Life Insurance Company of America is inserted in their place. The corrected caption is reflected above and will be used on all future pleadings.

3. Defendant Unum Life Insurance Company of America shall have until September 23, 2013 to respond to the complaint. No prior extensions have been requested.

**POST & SCHELL, P.C.**

BY___*Steven Schildt*___
**STEVEN SCHILDT, ESQ.**
Attorney for defendant Unum Life
1600 JFK Blvd., 13th Floor
Philadelphia, PA 19103
Phone: 215-587-1089
E-mail: sschildt@postschell.com

NEFF AND ASSOCIATES

BY   *Bruce L. Neff*
BRUCE L. NEFF, ESQ.
Attorney for plaintiff
Two Penn Center Plaza, Suite 1212
Philadelphia, PA  19102
Phone: 215-564-3331
E-mail: bneff@neffandassociates.com

SO ORDERED: September 6, 2013

*Joel Slomsky*
JUDGE SLOMSKY